UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREEM LONNEY ANDERSON,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, December 5, 2008,** and responses to these motions shall be filed by **Tuesday, December 16, 2008.** It is

    FURTHER ORDERED that the parties shall contact my Chambers if a hearing on pending motions or final trial preparation conference needs to be set. It is

    FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, January 5, 2009, at 9:00 a.m. in courtroom A-1002.**

    Dated: November 5, 2008

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge