UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREEM LONNEY ANDERSON,

    Defendant.

---

### ORDER
---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on November 20, 2008. A Change of Plea hearing is set for **Friday, February 6, 2009 at 3:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.** The trial set on January 5, 2009 is **VACATED**.

    Dated: November 21, 2008