UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREEM LONNEY ANDERSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the change of plea hearing set for **December 2, 2010 at 2:00 p.m. is VACATED and RESET to December 2, 2010 at 3:30 p.m.** After the change of plea hearing, a sentencing hearing in both this case and 08-cr-00061-WYD will be jointly scheduled for a future date and time.

    Dated: November 30, 2010