**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  08-cr-00338-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  KAREEM LONNEY ANDERSON,

       Defendant.

---

**ORDER CANCELLING WRIT OF HABEAS CORPUS AD PROSEQUENDUM
AND DIRECTING DEFENDANT'S FORTHWITH RETURN TO THE DEPARTMENT OF
CORRECTIONS**

---

       Upon application of the parties, and good cause appearing, it is hereby

       ORDERED that the writ of habeas corpus ad prosequendum issued by Order of this Court in the above captioned matters on or about November 29, 2010 (Doc. 50, case number 08-cr-338 WYD) is hereby cancelled and the U.S. Marshal is directed to return the defendant, Kareem Anderson, forthwith to the custody of the Colorado Department of Corrections, Denver Reception and Diagnostic Center.

       Dated this 3rd day of December, 2010.

       BY THE COURT:

       s/ Wiley Y. Daniel
       WILEY Y. DANIEL,
       CHIEF UNITED STATES DISTRICT JUDGE