UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KAREEM LONNEY ANDERSON,

    Defendant.

## ORDER

Upon the Government's Motion to Dismiss Counts Two Through Four of Indictment (doc. #52), filed December 2, 2010, it is hereby

ORDERED that Government's Motion to Dismiss Counts Two Through Four of Indictment (doc. #52), filed December 2, 2010, is **GRANTED.** It is further

ORDERED that Counts Two through Four of the Indictment in this matter are dismissed against defendant Kareem Lonney Anderson.

Dated this 3rd day of February, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE